UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-24009 |
| | ) | |
| | ) | |
| | ) | Chapter: 13 |
| Patricia R. Cole | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

This cause coming on to be heard on the motion of Cab East LLC and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit Cab East LLC to take possession of and sell or otherwise dispose of a certain 2016 Ford Fusion, VIN 3FA6P0H7XGR276273.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 06, 2018

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell LLP
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Attorney for Cab East LLC